UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Brodrick Rhodes,<br><br>          Plaintiff,<br><br>v.<br><br>Receivables Performance Management, L.L.C.,<br><br>          Defendant. | Civil Action No.: 3:17-cv-00428-N |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 12, 2017

                                        Respectfully submitted,

                                        By: */s/ Jenny DeFrancisco*

                                        Jenny DeFrancisco, Esq.
                                        CT Bar No.: 432383
                                        LEMBERG LAW LLC
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        E-mail: jdefrancisco@lemberglaw.com
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 12, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By *  /s/ Jenny DeFrancisco          *

              Jenny DeFrancisco, Esq.